**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

THOMAS M. ALLISON,

            Petitioner

        v.

WORKERS' COMPENSATION APPEAL
BOARD (ACCENT STAFFING OMNICOR
LLC),

            Respondent

: No. 570 WAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.